James F. Bishop, administrator of the estate of Andrew Lignar, deceased, plaintiff in error, v. Albert Oziemkowski, defendant in error. Gen. No. 25,893.

Action by an administrator for damages for the death of his intestate who was struck by defendant's automobile. Judgment for defendant on a directed verdict. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding Heard

in this court at the March term, 1920. Reversed and remanded. Opinion filed October 17, 1921.

Charles W. Lamborn, for plaintiff in error. Sabath, Stafford & Sabath, for defendant in error; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel.

Mr. Justice Matchett delivered the opinion of the court.